UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO ANTONIO MONTOYA GARCIA (A No. 204 572 910),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-2920 DJC CKD P

ORDER

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

(9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 28) are adopted in full.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 20) is GRANTED.

3. The Executive Office of Immigration Review and Department of Justice is ordered to provide petitioner a hearing before an immigration judge where continued detention be permitted only if the Department of Homeland Security demonstrates by clear and convincing evidence that petitioner presents an unacceptable risk of flight or that petitioner is a danger to the community. The hearing is ordered to commence no later than 14 days from the filed date of this order. Failure to commence the hearing within 14 days or failure of the immigration judge to assign the burden of proof as directed herein shall be grounds for release.

4. This case is closed.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mont2920.801.hc.2241.imm